**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Elroy Jay WEASELBEAR, Sr., Defendant–Appellant.**

**No. 13–30111.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2014.[*]

Filed Feb. 26, 2014.

Lori Anne Harper Suek, Assistant U.S., Leif Johnson, Assistant U.S., USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

David F. Ness, Assistant Federal Public Defender, FDMT–Federal Defenders Of Montana, Great Falls, MT, for Defendant–Appellant.

Elroy Jay Weaselbear, Sr., Oakdale, LA, pro se.

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

MEMORANDUM **

Elroy Jay Weaselbear, Sr., appeals from the district court's judgment and challenges the ten-year term of supervised release imposed following his guilty-plea conviction for incest, in violation of 18 U.S.C. § 1153(b) and Montana Code Annotated § 45–5–507(1). We have jurisdiction under 28 U.S.C. § 1291, and we vacate and remand.

Weaselbear contends, and the government concedes, that the ten-year term of supervised release exceeds the statutory maximum. The maximum authorized term of supervised release for a Class A felony is five years. *See* 18 U.S.C. § 3583(b)(1). Accordingly, we vacate the term of supervised release and remand to the district court for the limited purpose of setting a new term within the statutorily permitted range. *See United States v. Guzman–Bruno,* 27 F.3d 420, 423 (9th Cir.1994).

**VACATED and REMANDED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

